**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Trejo,                      )<br>                                        )<br>            Plaintiff,        )<br>                                        )<br>vs.                                  )<br>                                        )<br>Maricopa County Sheriff's Office, et al., )<br>                                        )<br>            Defendants.    )<br>                                        ) | No. CIV 05-1697-PHX-SRB (DKD)<br><br>**ORDER** |

     Pending before the Court are Plaintiff's Motion to Dismiss (Doc. #11), Motion to Stay Proceedings (Doc. #13), and Motion to Quash Motion to Dismiss (Doc. #14). Plaintiff filed his Complaint (Doc. #1) on June 6, 2005. The complaint was subsequently screened on July 15, 2005, and Defendants Troab and Kush were directed for file an Answer, and Defendant Maricopa County Sheriff's Office was dismissed. Defendants Troab and Kush waived service of the complaint and summons on August 12, 2005 and filed their Answer on October 11, 2005 (Doc. #12).

     Plaintiff asserts in his Motion to Dismiss that he was not aware that he needed to file a "Notice of Claim" in state court in order to proceed with his Complaint in District Court. In his Motion to Stay, he alleges that he has mailed such a notice to Defendants, and requests that the matter be stayed until Defendants "respond" to his claim. In his Motion to Quash, he states that he was not advised that he could stay the proceeding while he served Defendants the notice. He therefore requests that his Motion to Dismiss be withdrawn.

**IT IS THEREFORE ORDERED** granting Plaintiff's Motion to Quash Motion to Dismiss (Doc. #14).

**IT IS FURTHER ORDERED** denying Plaintiff's Motion to Dismiss (Doc. #11), as moot.

**IT IS FURTHER ORDERED** denying Plaintiff's Motion to Stay Proceedings (Doc. #13), as moot.

DATED this 27th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge