**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Raul Trejo,<br><br>          Plaintiff,<br><br>vs.<br><br>Maricopa County Sheriff's Office, et al.,<br><br>          Defendants. | No.  CIV 05-1697-PHX-SRB (DKD)<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Strike Plaintiff's Motion in Opposition to Defendants' Answer (Doc. #21).  The Complaint in this matter was filed June 6, 2005 (Doc. 1); Defendants filed an Answer on October 26, 2005 (Doc. #17).  Pursuant to Rule 7(a), Federal Rules of Civil Procedure:

> **Pleadings.**  There shall be a complaint and an answer; a reply to a counterclaim denominated as such; and an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint; if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

Plaintiff did not request leave from this Court to file a reply to Defendants' answer, and the Court will not require one.  Plaintiff's reply will be stricken from the record.  Accordingly,

. . .

. . .

. . .

1 **IT IS HEREBY ORDERED** granting Defendants' Motion to Strike Plaintiff's Motion
2 in Opposition to Defendants' Answer (Doc. #21).  The Clerk of the Court is directed to strike
3 Plaintiff's Motion in Opposition to Defendants' Answer (Doc. #20).

4 DATED this 8th day of November, 2005.

_____
David K. Duncan
United States Magistrate Judge